UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-065

No. 23-1734

UNITED STATES OF AMERICA

v.

IVAN RANGEL PRIETO,
a/k/a EL GORDO,
Appellant

(E.D. Pa. No. 2-19-cr-00269-001)

Present:  HARDIMAN, MONTGOMERY-REEVES and AMBRO, Circuit Judges

1.  Sealed Motion filed by Appellee USA to seal motion to enforce the appellate waiver.

2.  Sealed Motion filed by Appellee USA to enforce appellate waiver.

Respectfully,
Clerk/JK

_____ORDER_____

The foregoing motion to seal the motion to enforce the appellate waiver and the motion to enforce the appellate waiver are GRANTED.

By the Court,

s/ Tamika R. Montgomery-Reeves
Circuit Judge

Dated: March 8, 2024
PDB/JK/cc: All Counsel of Record

Certified as a true copy and issued in lieu
of a formal mandate on   04/01/2024

Teste:  *Patricia S. Dodszuweit*

**Clerk, U.S. Court of Appeals for the Third Circuit**